**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Thomas Eli RAY, Defendant–Appellant.**

**No. 12–3778.**

United States Court of Appeals,
Eighth Circuit.

Submitted: May 31, 2013.

Filed: June 5, 2013.

Before WOLLMAN, BOWMAN, and GRUENDER, Circuit Judges.

PER CURIAM.

Former federal inmate Thomas Ray appeals the district court's[1] denial of his petition for a writ of error coram nobis. Following careful de novo review, *see United States v. Camacho–Bordes,* 94 F.3d 1168, 1173 (8th Cir.1996), we affirm for the reasons stated by the district court. *See* 8th Cir. R. 47B.

1. The Honorable Michael J. Davis, Chief Judge, United States District Court for the District of Minnesota.